PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $77,700.00 IN U.S. CURRENCY,<br><br>Defendant. | VERIFIED COMPLAINT FOR FORFEITURE *IN REM* |

The United States of America, by and through its undersigned attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions:

**NATURE OF ACTION**

1.    This is a civil action *in rem* to forfeit to the United States Approximately $77,700.00 in U.S. Currency (hereafter "defendant currency") involved in violations of federal drug laws.

2.    The defendant currency was seized by the U.S. Postal Inspection Service ("USPIS") on or about July 28, 2021.  The defendant currency is currently in the custody of the USPIS, Eastern District of California.

**JURISDICTION AND VENUE**

3.    This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, over an action for forfeiture under 28 U.S.C. § 1355(a), and over this particular action under 21

1

U.S.C. § 881.

4.     This district is a proper venue pursuant to 28 U.S.C. § 1355 because the acts giving rise to this *in rem* forfeiture action occurred in this district, and pursuant to 28 U.S.C. § 1395(a) because the defendant currency was seized in this district.

**FACTUAL ALLEGATIONS**

5.     On July 28, 2021, law enforcement conducted a postal interdiction operation at its Processing and Distribution Center in West Sacramento, California.  During the interdiction, law enforcement identified express mail parcel # EJ-838494355-US ("the package" or "parcel") that bore characteristics consistent with trafficking illegal drugs, including a handwritten postal label with no telephone numbers listed for either the sender or the recipient.  The package was addressed to Kao Saechao ("Saechao") at 7449 Boulder Way, Sacramento, CA 95823, with the following return address: Printis Morrissette ("Morrissette") at 397 Paget Dr. W. Mobile, AL 36608.

6.     On July 28, 2021, law enforcement conducted a public records search and were unable to identify a Kao Saechao to be associated with the recipient address of 7449 Boulder Way, Sacramento, CA 95823.

7.     While the parcel was at the United States Postal Inspection Service Domicile, it was presented to a dog trained to detect the odor of narcotics on packages.  The drug dog positively alerted to the presence of odor of narcotics on the packages sent from Mobile, Alabama to Sacramento, California.

8.     Following the positive dog alert on the package, law enforcement called the phone number associated with the recipient address and spoke to a male who identified himself as "Mike", and that his middle name was "Kao".  "Mike" stated he expected the parcel from Morrissette, and the parcel contained clothing items.  Law enforcement requested consent to open the parcel, but "Mike" declined to provide authorization.  "Mike" told law enforcement he would speak with Morrissette and call back them back later.  After not hearing back from "Mike," law enforcement attempted to contact him several times.  Those attempts were unsuccessful.  On July 30, 2021, the United States Postal Service indicated two individuals known as "M.S." and "J.S." receive mail at the address of 7449 Boulder Way, Sacramento, California.

Verified Complaint for Forfeiture *In Rem*

9.      Law enforcement analyzed public records databases to identify a Printis Morrissette associated with 397 Paget Drive in Mobile, Alabama.  On July 28, 2021, law enforcement contacted Morrissette by telephone to request consent to open the parcel listing him as the sender.  Morrissette consented to a law enforcement search of the parcel and law enforcement opened the parcel.  Inside the Priority Mail Express parcel was a Tyvek-brand envelope.  Inside the Tyvek mailer was a bubble mailer that contained multiple layers of black vacuum-sealed plastic.  Inside the final layer of black plastic was a Ziploc-style bag with what appeared like a significant amount of cash.  The Ziploc bag also contained a GPS tracker.  The parcel did not contain any notes, instructions, or receipts.

10.      After discovering the cash and GPS tracker, law enforcement asked Morrissette about the large amount of cash and its intended purpose.  Morrissette said the cash hidden in the parcel was a "signing bonus" for a local artist.  Morrissette claimed to be the assistant manager for the rap artist known as "Yung Bleu" who is a "BMG label" recording artist.  Morrissette claimed that "Mike" manages an artist known as "OMB Peezy" and the money was an attempt to get OMB Peezy to sign with his label.  Morrissette stated he has never personally met "Mike" but decided to mail the large amount of cash because he has had "trouble" carrying large amounts of cash on airplanes.  Morrissette further stated that individuals in the "rap industry" only deal in "cash," and that having large amounts of cash is "part of the reputation and image you represent" in the rap industry.

11.      A later bank count of the cash seized from Morrissette totaled $77,700.00—the defendant currency.  The defendant currency seized from Morrissette was broken down in the following denominations: 396 $100 bills, 383 $50 bills, 929 $20 bills, 41 $10 bills and 2 $5.00 bills.

12.      Law enforcement has investigated and reviewed online sources associated with Yung Bleu to determine he is a musician from Mobile, Alabama.  Law enforcement determined that Yung Bleu's manager to be an individual with initials "M.A." of "MA Music," and Yung Bleu to be under contract with Empire Music for recording and distribution.  A review of these sources and articles mentioned M.A. and Young Bleu, but made no mention of Morrissette.

///

///

///

1

2

### FIRST CLAIM FOR RELIEF
### 21 U.S.C. § 881(a)(6)

3          13.     The above paragraphs are incorporated by reference as though fully set forth herein.

4          14.     The defendant currency is subject to forfeiture to the United States pursuant to 21 U.S.C.

5    § 881(a)(6) because it was money furnished and intended to be furnished in exchange for a controlled

6    substance or listed chemical, constituted proceeds traceable to such an exchange, and was used and

7    intended to be used to commit or facilitate a violation of 21 U.S.C. §§ 841 *et seq.*, an offense punishable

8    by more than one year's imprisonment.

9                              ### PRAYER FOR RELIEF

10          WHEREFORE, the United States prays that:

11          1.     Process issue according to the procedures of this Court in cases of actions *in rem;*

12          2.     Any person having an interest in said defendant currency be given notice to file a claim

13    and to answer the complaint;

14          3.     The Court enter a judgment of forfeiture of the defendant currency to the United States;

15    and

16          4.     The Court grant such other relief as may be proper.

17    DATED:  1/19/2022                           PHILLIP A. TALBERT
                                                  United States Attorney
18

19                                     By:     /s/ Kevin C. Khasigian
                                               KEVIN C. KHASIGIAN
20                                             Assistant U.S. Attorney

21

22

23

24

25

26

27

28

4

1

## **VERIFICATION**

2          I, Patrick Mahoney, hereby verify and declare under penalty of perjury that I am a Postal Inspector

3   with the U.S. Postal Inspection Service, that I have read the foregoing Verified Complaint for Forfeiture

4   *In Rem* and know the contents thereof, and that the matters contained in the Verified Complaint are true

5   to the best of my knowledge and belief.

6          The sources of my knowledge and information and the grounds of my belief are official files and

7   records of the United States, information supplied to me by other law enforcement officers, as well as my

8   investigation of this case, together with others, as a Postal Inspector with the U.S. Postal Inspection

9   Service.

10          I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

11

12   Dated: _1/19/22_____                          _/s/ Patrick Mahoney_____

13                                                  Patrick Mahoney
                                                    U.S. Postal Inspector
14                                                  U.S. Postal Inspection Service

15                                                  (Signature retained by attorney)

16

17

18

19

20

21

22

23

24

25

26

27

28