UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $77,700 IN U.S. CURRENCY,<br><br>Defendant. | No. 2:22-cv-00117-TLN-JDP<br><br>**ORDER** |
|---|---|

    This is a forfeiture action brought by the United States. It was referred to a United States Magistrate Judge pursuant to the Court's Local Rules.

    On May 1, 2023, the magistrate judge filed findings and recommendations herein which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

    The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The proposed Findings and Recommendations filed May 1, 2023, are ADOPTED;

2. Printis Morrissette and Kao Saechao are held in default;

3. That the United States' motion for default judgment and final judgment of forfeiture (ECF No. 16) is GRANTED;

4. Judgment by default is hereby entered against any right, title, or interests of Printis Morrissette and Kao Saechao in the defendant currency referenced in the above caption;

5. Final judgment of forfeiture is hereby entered, forfeiting all right, title, and interest in the defendant currency to the United States, to be disposed of according to law; and

6. All parties shall bear their own costs and attorney's fees.

Date: June 12, 2023

_____
Troy L. Nunley
United States District Judge